USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

NAFEESA SYEED, *and similarly situated employees*,

                Plaintiff,

-against-

BLOOMBERG L.P., MATTHEW WINKLER, JOHN MICKLETHWAIT, MARTY SCHENKER, RETO GREGORI, JOHN DOES 1-10,

                Defendants.

-----------------------------------------------------------------X

1:20-cv-7464-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    This action was removed from the Supreme Court of the State of New York, County of New York, on September 11, 2020. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than September 25, 2020. Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

    SO ORDERED.

Dated: September 14, 2020
New York, New York

                                        GREGORY H. WOODS
                                        United States District Judge