USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

NAFEESA SYEED AND NAULA NDUGGA,
*on behalf of themselves and similarly situated women*,

                        Plaintiff,

-against-

BLOOMBERG L.P.,

                        Defendant.

-----------------------------------------------------------------X

1:20-cv-7464-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

    As stated on the record during the December 21, 2020 telephone conference, the briefing schedule for Defendant's anticipated motion to dismiss is as follows: Defendant's motion is due no later than January 15, 2021; Plaintiffs' opposition is due no later than four weeks after the date of service of the motion; and Defendant's reply, if any, is due no later than two weeks after the date of service of the opposition.

    The page limitations for the parties' briefing is as follows: Defendant's motion shall be no longer than 35 pages; Plaintiffs' opposition shall be no longer than 35 pages; and Defendant's reply, if any, shall be no longer than 20 pages.

    SO ORDERED.

Dated: December 21, 2020

                                                        GREGORY H. WOODS
                                                    United States District Judge