UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAFEESA SYEED AND NAULA NDUGGA, ON BEHALF OF THEMSELVES AND SIMILARLY SITUATED WOMEN,<br><br>                     Plaintiffs,<br><br>    -against-<br><br>BLOOMBERG L.P.,<br><br>                     Defendant. | 20-cv-07464 (GHW)<br><br>**ECF CASE**<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Elise M. Bloom, Esq. with the exhibits annexed thereto, and all of the prior pleadings and proceedings in this action, Defendant Bloomberg L.P., through its undersigned counsel, will move this Court, before the Honorable Gregory H. Woods, at the United States District Court, United States Courthouse, 500 Pearl Street, Courtroom 12C, New York, NY 10007, on a date and time to be set by the Court, for an Order: (i) dismissing with prejudice the claims asserted in the Second Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6), and, in the alternative, striking the demand for a trial by jury; and (ii) granting any other relief the Court deems appropriate.

Dated: New York, New York
January 15, 2021

        PROSKAUER ROSE LLP

        By: */s/ Elise M. Bloom*
        Elise M. Bloom
        Rachel S. Philion
        Allison L. Martin
        Eleven Times Square
        New York, New York 10036
        (t) 212-969-3000
        (f) 212-969-2900
        ebloom@proskauer.com
        rphilion@proskauer.com
        amartin@proskauer.com

        Mark W. Batten (admitted *pro hac vice*)
        One International Place
        Boston, Massachusetts 02110
        (t)  617-526-9850
        (f)  617-526-9899
        mbatten@proskauer.com

        *Attorneys for Defendant Bloomberg L.P.*