UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
NAFEESA SYEED AND NAULA NDUGGA,
ON BEHALF OF THEMSELVES AND
SIMILARLY SITUATED WOMEN,

Plaintiffs,

-against-

BLOOMBERG L.P.,

Defendant.
------------------------------------ X

Case No 20-cv-07464 (GHW)

**DECLARATION OF**
**DONNA H. CLANCY, ESQ.**

I, Donna H. Clancy, declare pursuant to 28 U.S. C. § 1746, that the following is true and correct:

1. I am a member of the law firm The Clancy Law Firm, P.C., attorney for Plaintiffs in the above-captioned action. I am personally familiar with the facts set forth herein. I submit this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Dismiss.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Notice of Right to Sue issued by the EEOC to Plaintiff Naula Ndugga.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 12, 2021
New York, NY

*/s/Donna H. Clancy*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF, who in turn sent notice to the following:

Elise M. Bloom
Rachel S. Philion
Allison L. Martin
Eleven Times Square
New York, New York 10036
(t) 212-969-3000
(f) 212-969-2900
ebloom@proskauer.com
rphilion@proskauer.com
amartin@proskauer.com

Mark W. Batten (admitted *pro hac vice*)
One International Place
Boston, Massachusetts 02110
(t) 617-526-9850
(f) 617-526-9899
mbatten@proskauer.com

*Counsel for Defendant Bloomberg L.P.*

Dated: February 12, 2021

*/s/ Donna H. Clancy*
Donna H. Clancy