USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NAFEESA SYEED and NAULA NDUGGA, *on behalf of herself and similarly situated women*,

                      Plaintiffs,

-against-

BLOOMBERG L.P.,

                      Defendant.
-----------------------------------------------------------------X

1:20-cv-7464-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On April 12, 2022, the Court held a conference to discuss Plaintiffs' motion for final judgment on Plaintiff Nafeesa Syeed's claims pursuant to Rule 54(b).  *See* Dkt. No. 56.  For the reasons articulated on the record during that conference, Plaintiffs' motion is GRANTED.

The Clerk of Court is instructed to terminate the motion at Dkt. No. 56 and enter final judgment against only Ms. Syeed.  The remaining claims by Ms. Ndugga will proceed, and this case should not be closed.

    SO ORDERED.

Dated:  April 12, 2022
New York, New York

                                                          GREGORY H. WOODS
                                                     United States District Judge