**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
NAFEESA SYEED and NAULA NDUGGA, on
behalf of herself and similarly situated women,

                Plaintiffs,                20 **CIVIL** 7464 (GHW)

        -against-                        **RULE 54(b) JUDGMENT**

BLOOMBERG L.P.,

                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 12, 2022, the Court held a conference to discuss Plaintiffs' motion for final judgment on Plaintiff Nafeesa Syeed's claims pursuant to Rule 54(b). See Dkt. No. 56. For the reasons articulated on the record during that conference, Plaintiffs' motion is GRANTED and final judgment is entered against only Ms. Syeed; pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay judgment is hereby entered.

**Dated:** New York, New York
          May 10, 2022

                                                    **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                       **BY:**    *K. Mango*
                                                      **Deputy Clerk**