USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

NAFEESA SYEED and NAULA NDUGGA, *on behalf of herself and similarly situated women*,

                          Plaintiffs,

-against-

BLOOMBERG L.P.,

                          Defendant.

------------------------------------------------------------------X

1:20-cv-7464-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On August 31, 2022, Plaintiffs filed a motion for reconsideration of the Court's August 17, 2022 Order. Dkt. No. 125. Any opposition to Plaintiffs' motion is due on or before September 16, 2022. Plaintiffs' reply, if any, is due one week after the date of service of the opposition.

SO ORDERED.

Dated: September 1, 2022
New York, New York

                                                 GREGORY H. WOODS
                                              United States District Judge