# COHEN MILSTEIN

Rebecca Ojserkis<br>
(202) 408-4684<br>
(202) 408-4699<br>
rojserkis@cohenmilstein.com

September 8, 2022

**MEMORANDUM ENDORSED**

Magistrate Judge Gabriel Gorenstein
Daniel Patrick Moynihan, U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Ndugga v. Bloomberg, L.P.*, No. 20-CV-07464

Dear Judge Gorenstein:

    Pursuant to Paragraph 1(F) of Your Honor's Individual Practices, Plaintiff submits this letter requesting an adjournment of the discovery teleconference to resolve matters raised in Docket No. 122.

    On September 7, 2022, the Court scheduled this conference for September 13, 2022 at 11:30AM. Dkt. 128. On September 8, 2022, Plaintiff's counsel contacted your Chambers and requested alternative availability due to Plaintiff's counsel's scheduling conflicts. Chambers staff stated that the Court had availability to reschedule the appearance for, *inter alia*, September 30, 2022 at 4PM. Defendant's counsel consents to an adjournment and is available at this time.

    Plaintiff's counsel therefore requests an adjournment of the discovery teleconference to resolve matters raised in Docket No. 122 until September 30, 2022 at 4PM. Thank you for your consideration.

Respectfully Submitted,

*/s/ Rebecca A. Ojserkis*
Rebecca A. Ojserkis

*Counsel for Plaintiff*

Granted. Conference adjourned to September 30, 2022, at 4:00 p.m..

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

September 8, 2022

COHEN MILSTEIN SELLERS & TOLL PLLC • 1100 New York Ave. NW • Fifth Floor • Washington, DC 20005
T 202.408.4600 • cohenmilstein.com