```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NAFEESA SYEED                                       :

                Plaintiff,                          :     ORDER

        -v.-                                        :
                                                          20 Civ. 7464 (GHW) (GWG)
BLOOMBERG L.P. et al,                               :

                Defendants.                         :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

The time of the discovery conference to resolve the matters raised in Docket # 122 is advanced to 3:00 p.m. on Friday, September 30, 2022. Dial-in information remains the same.

SO ORDERED.

Dated: September 29, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge