UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NAFEESA SYEED                                         :

                                              :  ORDER
                    Plaintiffs,

                                              :  20 Civ. 7464 (GHW) (GWG)
   -v.-
                                              :

BLOOMBERG L.P. et al.,                               :

                                              :
                  Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The time of the discovery conference on November 3, 2022, is changed to 11:00 a.m. The same dial-in instructions apply.

      Each attorney is directed to ensure that all other attorneys are aware of the change.

      SO ORDERED.

Dated: November 2, 2022
       New York, New York

                                                                        GABRIEL W. GORENSTEIN
                                                                      United States Magistrate Judge