USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NAULA NDUGGA, *on behalf of herself and similarly situated women*,

                                              Plaintiffs,

-against-

BLOOMBERG L.P.,

                                              Defendant.
-------------------------------------------------------------------X

1:20-cv-7464-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On December 2, 2022, the Court held a conference to discuss Plaintiff's motion for leave to amend the third amended complaint. Dkt. Nos. 138 and 139. For the reasons stated on the record during that conference, Plaintiff's motion is GRANTED. Plaintiff is directed to file the proposed amended complaint no later than December 9, 2022.

      SO ORDERED.

Dated: December 2, 2022
New York, New York

                                                    GREGORY H. WOODS
                                                   United States District Judge