Case 1:20-cv-07464-GHW-GWG   Document 177   Filed 01/06/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

NAULA NDUGGA, *on behalf of herself and similarly situated women*,

                           Plaintiffs,

-against-

BLOOMBERG L.P.,

                           Defendant.

------------------------------------------------------------------X

1:20-cv-7464-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Defendant's December 22, 2022 request for leave to file a motion to dismiss, Dkt. No. 173, is granted. The deadline for Defendant to file and serve its motion to dismiss is January 27, 2023. Plaintiffs' opposition is due by February 17, 2023; Defendant's reply, if any, is due within fourteen days after service of Plaintiffs' opposition.

SO ORDERED.

Dated: January 6, 2023
New York, New York

                                                              _____
                                                              GREGORY H. WOODS
                                                           United States District Judge