UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                :

NAULA NDUGGA,
                                                                :

                     Plaintiff,                  <u>ORDER</u>
                                                                :

      -v.-
                                                                :     20 Civ. 7464 (GHW) (GWG)

BLOOMBERG, L.P., et al.,
                                                                :

                     Defendants.      :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

     A conference to discuss the discovery dispute raised in the letters dated March 17, 2023, and March 20, 2023 (Docket ## 186, 187) will take place on <u>Monday, March 27, 2023 at 11:00 a.m.</u> in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.  It is the Court's intention to decide the dispute at the conference based on the parties' letters unless a party shows good cause in advance of the conference why formal briefing should be required.

     This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin promptly.

     Each attorney is directed to ensure that all other attorneys are aware of the conference date and time.  In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

     SO ORDERED.

Dated: March 22, 2023
       New York, New York

                                                                  _____
                                                                  GABRIEL W. GORENSTEIN
                                                                  United States Magistrate Judge