UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NAULA NDUGGA,                                    :

        Plaintiff,                                 :

              ORDER

  -v.-                                                          :

              20 Civ. 7464 (GHW) (GWG)

BLOOMBERG L.P. et al,                            :

        Defendants.                                :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The parties have moved to seal the letters filed at Docket ## 202, 206, and the exhibits thereto, all of which were designated as confidential by defendant pursuant to the protective order in this case. See Docket ## 200, 204. These letters and exhibits are filed in redacted form at Docket ## 201, 203. Defendant avers that these documents reflect "candid discussions . . . regarding the numerical performance ratings and/or compensation for various third-party employees" and "suggested numerical performance ratings" that defendant "does not disclose . . . to non-supervisory employees," and which it treats as "confidential business information." Docket # 204 at 3.

      We have conducted the balancing analysis required by law. See In re New York City Policing During Summer 2020 Demonstrations, 2022 WL 7886182, at *2 (S.D.N.Y. Oct. 14, 2022). In light of the low presumption of access accorded to materials relating to discovery disputes, and because the exhibits and redactions pertain to confidential business information or involve privacy concerns of individuals, the motions to file certain portions of documents under seal (Docket ## 200, 204) are granted.

      SO ORDERED.

Dated: July 7, 2023
       New York, New York

                                          _____
                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge