```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NAULA NDUGGA                                    :

              Plaintiff,                         :    ORDER

     -v.-                                        :
                                                      20 Civ. 7464 (GHW) (GWG)
BLOOMBERG L.P. et al.,                           :

              Defendants.                        :
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

We have conducted the balancing analysis required by law. See In re New York City Policing During Summer 2020 Demonstrations, 635 F. Supp. 3d 247, 251 (S.D.N.Y. 2022). In light of the low presumption of access accorded to materials relating to discovery disputes, and because the exhibits and redactions pertain to sensitive privacy concerns of individuals or confidential business information, the motions to file certain portions of documents under seal (Docket ## 215, 219, 226) are granted.

SO ORDERED.

Dated: October 10, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge