UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NAULA NDUGGA,                                          :

        Plaintiff,                                        :

                                                  ORDER
  -v.-                                                        :
                                                  20 Civ. 7464 (GHW) (GWG)

BLOOMBERG L.P. et al,                                 :

        Defendants.                                    :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      Plaintiff seeks the production of responsive electronically stored information from two members of defendant Bloomberg L.P.'s Editorial Management Committee for the period of February 2022 through December 2023 — a request that defendant opposes. See Letter, filed Dec. 18, 2023 (Docket # 237); Letter, filed Dec. 20, 2023 (Docket # 238); Letter, filed Dec. 29, 2023 (Docket # 239); Letter, filed Jan. 4, 2024 (Docket # 242).

      The Court is carefully considering the parties' letters. As a potential resolution of the dispute, the Court asks defendants to indicate whether they would be prepared to stipulate to not making the argument that, even if plaintiff can demonstrate to the district court's satisfaction that the elements of Rule 23 are met with respect to a class period ending in February 2022, the class period should not extend beyond February 2022 on the ground that plaintiff has not demonstrated that the elements were met for any period after February 2022 through December 2023.

      Defendant shall file a letter addressing this question on or before January 10, 2024. Defendant's letter may indicate that it would stipulate to some reworded version of the above language if that is appropriate.

      The Court encourages the parties to discuss the matter before the January 10, 2024 deadline. If plaintiff wishes to respond, she may do so by January 12, 2024.

      The parties may extend these deadlines by mutual agreement as long as the agreement is disclosed to the Court in a letter filed on ECF.

      SO ORDERED.

Dated: January 8, 2024
       New York, New York

                                                    GABRIEL W. GORENSTEIN
                                                    United States Magistrate Judge