UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NAULA NDUGGA,                                          :

          Plaintiff,                                  :

                                                                           ORDER

  -v.-                                                         :

                                                                           20 Civ. 7464 (GHW) (GWG)

BLOOMBERG L.P. et al,                              :

          Defendants.                            :
------------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      This Order is issued with regard to the application by defendant Bloomberg L.P. dated May 2, 2024, seeking to compel a provider of the plaintiff to testify at a deposition regarding her treatment of plaintiff. See Docket # 254. It is not clear from this letter that the provider has any legal basis for objecting to the subpoena compelling her testimony. If the provider has such a basis for objecting to the subpoena, she shall file a letter on the Court's docket system on or before Wednesday, May 8, 2024, explaining the basis for her objection.

      If the provider has not retained an attorney to handle this matter, she may file this letter by emailing it to the following address: Temporary_Pro_Se_Filing@nysd.uscourts.gov   In the alternative, she may hand-deliver the response to Pro Se Docketing, 500 Pearl Street, New York, NY 10007.

      In either event, the provider shall email a copy of the response to Bloomberg L.P. and the plaintiff's attorneys.

      For the benefit of the provider, the Court notes that payment to a subpoenaed witness is governed by 28 U.S.C. § 1821, which provides for a payment of $40 per day.

      If the provider has no legal basis for objecting to the subpoena, she shall contact counsel from Bloomberg L.P. to arrange for the deposition to take place as soon as possible.

      Defendant is directed to serve a copy of this Order on the provider by email forthwith and to inform the provider by telephone that the email attaching this Order was sent.

      SO ORDERED.

Dated: May 6, 2024
      New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge