UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NAULA NDUGGA,                                                :

                Plaintiff,                    :        <u>ORDER</u>

  -v.-                                                       :        20 Civ. 7464 (GHW) (GWG)

BLOOMBERG L.P. et al,                                        :

               Defendants.                  :
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      With further regard to the application of defendant Bloomberg L.P. ("Bloomberg") dated May 2, 2024, to compel a Provider of the plaintiff to testify at a deposition regarding the Provider's treatment of plaintiff, the application is granted. The Provider shall appear for a remote deposition, as directed by Bloomberg's attorney, on June 3, 2024, at 4:30 p.m.

      Bloomberg is directed to serve a copy of this Order on the Provider by email forthwith and to inform the Provider by telephone that the email attaching this Order was sent.

      SO ORDERED.

Dated: May 22, 2024
      New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge