UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
NAULA NDUGGA                                                 :
                                                             :
              Plaintiff,                                     :        ORDER
                                                             :
       -v.-                                                  :
                                                             :        20 Civ. 7464 (GHW) (GWG)
                                                             :
BLOOMBERG L.P.                                               :
                                                             :
              Defendant.                                     :
-------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

    We have conducted the balancing analysis required by law.  See In re New York City Policing During Summer 2020 Demonstrations, 635 F. Supp. 3d 247, 251 (S.D.N.Y. 2022).  In light of the low presumption of access accorded to materials relating to discovery disputes, and because the exhibits and redactions pertain to confidential business information, the motions to file certain portions of documents under seal (Docket ## 280, 283, 288) are granted..

    SO ORDERED.

Dated: July 2, 2024
      New York, New York

                                       _____
                                       GABRIEL W. GORENSTEIN
                                       United States Magistrate Judge