UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAULA NDUGGA                                             :

        Plaintiff,                              :        <u>ORDER</u>

  -v.-                                                          :
                                                            20 Civ. 7464 (GHW) (GWG)
BLOOMBERG L.P. et al.,                                   :

        Defendants.                         :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The Court waives its premotion conference requirement with respect to the motions identified in Docket ## 297 and 298. The Court believes that the letters may serve as the parties' motion papers --- in which case any reply letter shall be filed by August 6, 2024. But if either side believes formal briefing is required, it should contact the other side immediately and a joint letter should be filed proposing either an agreed upon schedule or separate schedules.

      SO ORDERED.

Dated: August 1, 2024
       New York, New York

                                                        _____
                                                        GABRIEL W. GORENSTEIN
                                                        United States Magistrate Judge