

Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

September 9, 2024

**MEMORANDUM ENDORSED**

**By ECF**

The Honorable Gabriel W. Gorenstein
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

Re: *Naula Ndugga et al. v. Bloomberg L.P.*, No. 20 Civ. 7464 (GHW)(GWG)

Dear Judge Gorenstein:

Pursuant to Paragraph 1(E) of Your Honor's Individual Practices, Defendant Bloomberg L.P. submits this letter requesting a brief extension of the expert discovery deadline, currently set for October 11, 2024 (Dkt. 259), to October 30, 2024, as well as corresponding extensions of the associated deadlines set forth below. Plaintiff Naula Ndugga consents to, and joins in, this request.

The parties have previously requested extensions of the fact discovery deadlines (with corresponding extensions of other case deadlines)[1], but this is the first request for an extension of the expert discovery deadline.

The parties are seeking this extension because additional time is needed to conduct the depositions of the party's respective experts due to conflicts with the experts' schedules prior to the current deadline of October 11, 2024. The parties are working cooperatively to identify dates for the experts' respective depositions and anticipate that both depositions will be completed by October 30, 2024.

For the forgoing reasons, the parties request that the Court amend the operative Case Management Plan and Scheduling Order (Dkt. 259) as follows:

1. Expert Discovery:

    a. All expert discovery shall be completed no later than October 30, 2024.

    b. No expert testimony (whether designated as "rebuttal" or otherwise) will be permitted by other experts or beyond the scope of the opinions covered by the aforesaid disclosures without the Court's express prior leave, application for which must be made no later than September 9, 2024.[2] All experts may be deposed, but such depositions must occur within the time limit set forth for expert discovery in paragraph 1(a).

2. Pursuant to the Court's individual rules and practices, Plaintiff shall file a request for a pre-motion conference to file a motion for class certification, if any, by no later than 15 days following completion of expert discovery.

---

[1] *See* Dkts. 259, 212, 169, 157, 132.

[2] The language in this sentence has been slightly revised for clarity given that the deadlines in Dkt. 259's paragraph 2(b) have already passed and are not recited herein.

**Proskauer**

Page 2

3. Any request for a pre-motion conference concerning a Motion for Summary Judgment, as required by the Court's individual rules and practices, shall be filed by no later than 15 days from the Court's decision on Plaintiff's motion for class certification.

4. The joint pretrial order shall be due 30 days from the close of expert discovery, or, if a request for pre-motion conference on a motion for class certification is made or a motion for class certification is filed, then 60 days from a ruling on class certification. If any request for a pre-motion conference on a dispositive motion is filed, then the joint-pre-trial order shall be due 60 days from the Court's latest decision on such motion. The filing of the joint pretrial order and additional submissions shall be governed by Fed. R. Civ. P. 26(a)(3) and Judge Woods' Individual Rule 5.

* * *

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:   All Counsel of Record (*via ECF*)

The proposed schedule is approved. The pre-motion conference letters identified in paragraphs 2 and 3 shall be addressed to Judge Woods and shall comply with his Individual Practices.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
September 10, 2024