UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAULA NDUGGA et al.,                                        :

        Plaintiffs,                                       :
                                                          ORDER
   -v.-                                                       :
                                                           20 Civ. 7464 (GHW) (GWG)
BLOOMBERG L.P.,                                              :

        Defendant.                                       :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

       With regard to the application made in Docket # 307, it is sometimes difficult to discern what is merely explanatory of an existing expert opinion and what constitutes a new opinion. Rather than parse this question (which would require the Court to examine the expert's report, the new tables, and the explanation for their relationship), the Court is prepared to accept plaintiff's representation that the new tables are directly responsive to defendant's expert's critique and are merely in service of an existing opinion.

       Accordingly, the Court will allow the supplementation with the proviso that defendant should not suffer any prejudice. Plaintiff shall be permitted to serve the supplemental materials as described in Docket # 307 within 14 days of the docketing of this Order. Defendant's expert will be permitted to supplement her own report in response, if that is desired.

       If defendant seeks to supplement its own expert report or to extend the deadline for Dr. Neumark's deposition, it may make an application to the Court after conferring with plaintiff.

       SO ORDERED.

Dated:  September 12, 2024
           New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge