UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAULA NDUGGA, ON BEHALF OF THEMSELVES AND SIMILARLY SITUATED WOMEN,<br><br>       Plaintiffs,<br><br> - against –<br><br>BLOOMBERG, LP,<br><br>       Defendant. | Case No. 1:20-cv-7464 (GHW-GWG) |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

 PLEASE TAKE NOTICE that pursuant to Local Civil Rule 2090-1, Plaintiff Naula Ndugga on Behalf of Herself and Similarly Situated Women ("Plaintiffs"), by and through their attorneys, The Clancy Law Firm, P.C. and Cohen Milstein Sellers and Toll, PLLC hereby moves this Court for an Order allowing Olivia M. Clancy, formerly an associate attorney with The Clancy Law Firm, P.C., to withdraw as counsel for Plaintiffs in the above-referenced action. Olivia M. Clancy is no longer associated with the law firm The Clancy Law Firm, P.C. The Clancy Law Firm, P.C. will continue to serve as counsel for the above-named Plaintiffs in this matter. Other attorneys at The Clancy Law Firm, P.C. and Cohen Milstein Sellers and Toll, PLLC will continue to represent Plaintiffs and the proposed class.

Dated: New York, New York
   October 29, 2024

             Respectfully submitted,

             THE CLANCY LAW FIRM, P.C.

           By: */s/ Donna H. Clancy*
             Donna H. Clancy, Esq.
             40 Wall Street, 61st Floor

        New York, New York 10005
        Tel.: (212) 747-1744

To: All Counsel of Record (*via ECF*)