UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NAULA NDUGGA et al.,                              :

        Plaintiffs,                                        :

                                                         ORDER
  -v.-                                                              :
                                                         20 Civ. 7464 (GHW) (GWG)
BLOOMBERG L.P.,                                     :

        Defendant.                                       :
---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      The Court has reviewed the letters filed as Docket # 340 and 342 with respect to defendant's request for permission to file a "Daubert" motion with regard to Dr. David Neumark's opinions.  Because plaintiffs appear to rely heavily on Dr. Neumark's opinions in support of their motion for class certification, the Court believes it is best to resolve the admissibility of those opinions before the parties submit their arguments regarding class certification.

      Accordingly, the motion for class certification and the accompanying motions to seal (Docket ## 328, 329, 335, 337, 339) are all deemed withdrawn.  The Daubert motion shall be filed on or before February 20, 2025.  Briefing thereafter shall be in accordance with paragraph 2.B of the Court's Individual Practices.

      Plaintiffs may refile their motion for class certification within 14 days of the resolution of the Daubert motion.  Briefing thereafter shall be in accordance with paragraph 2.B of the Court's Individual Practices.

      The Court notes that it has changed its Individual Practices (paragraph 2.E) with respect to requests to file materials under seal.  Among other changes (and seemingly pertinent here), if redactions to a publicly filed document are prompted by designations made under a Confidentiality Order by the non-filing party, it is the non-filing party's responsibility to make the application to seal the unredacted version of the document.

      SO ORDERED.

Dated: February 12, 2025
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge