UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAULA NDUGGA, ON BEHALF OF HERSELF AND SIMILARLY SITUATED WOMEN, | 20-cv-07464 (GHW) (GWG) |
| Plaintiff, | **ECF CASE** |
| -against- | |
| BLOOMBERG L.P., | **NOTICE OF MOTION** |
| Defendant. | |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Elise M. Bloom, Esq. with the exhibits annexed thereto, the Declaration of Krista Sullivan with the exhibit annexed thereto, the Declaration of Stephanie Plancich with the exhibits annexed thereto, and all of the prior pleadings and proceedings in this action, Defendant Bloomberg L.P., through its undersigned counsel, will move this Court, before the Honorable Gabriel W. Gorenstein, at the United States District Court, United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time to be set by the Court, for an Order excluding the opinions and testimony of David Neumark.

Pursuant to paragraph 2.B. of the Individual Practices of Magistrate Judge Gabriel W. Gorenstein, the parties have agreed on the following briefing schedule for this motion:

- Plaintiff's opposition shall be filed on or before March 13, 2025; and

- Defendant's reply shall be filed on or before March 27, 2025.

Dated: New York, New York
February 20, 2025

                                        PROSKAUER ROSE LLP

By: */s/ Elise M. Bloom*
Elise M. Bloom
Rachel S. Philion
Allison L. Martin
Pinchos Goldberg
Eleven Times Square
New York, New York 10036
(t) 212-969-3000
(f) 212-969-2900
ebloom@proskauer.com
rphilion@proskauer.com
amartin@proskauer.com
pgoldberg@proskauer.com

Mark W. Batten (admitted *pro hac vice*)
One International Place
Boston, Massachusetts 02110
(t) 617-526-9850
(f) 617-526-9899
mbatten@proskauer.com
*Attorneys for Defendant Bloomberg L.P.*