Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

April 2, 2025

**By ECF**

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

The Honorable Gabriel W. Gorenstein
U.S. District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Naula Ndugga et al. v. Bloomberg L.P.*, No. 20 Civ. 7464 (GHW) (GWG)

Dear Judge Gorenstein:

Pursuant to Paragraph 2(B) of Your Honor's Individual Practices, Defendant Bloomberg L.P. submits this letter to advise the Court that Defendant's motion to exclude the opinions and testimony of David Neumark is fully briefed.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:   All Counsel of Record (*via ECF*)