# EXHIBIT M
# FILED UNDER SEAL

# Employee Information Report



## Naula Ndugga

**Job:** Segment Producer (BLP)
**SBU/BU:** NEWS/NEW49
**Department:** PM Live Production
**Location:** NY - 731 Lexington Avenue
**Manager:** Andre-Pierre du Plessis
**Anniv Date (Years of Service):** 29-Jan-2018 ( Y: 4   M: 0 )

**Position:** Segment Producer (BLP)
**Class:** Regular EE (Z)
**Status:** Inactive
**PSID:** 104527
**UUID:** 20229448

BLP_Syeed_0000544

Bloomberg
CONFIDENTIAL & PROPRIETARY

# Employee Information Report

## Personal Info

| | | |
|---|---|---|
| **Sex:** F | **Citizenship:** USA - United States | **Home Address:** ▮ |
| **Date of Birth:** ▮ | | |

## Internal Experience

| Start Date | To Date | SBU/BU | Department | Manager | Job Title | Location | Full / Part | Status | FWA | Change Description |
|---|---|---|---|---|---|---|---|---|---|---|
| 16-Feb-2022 | 16-Feb-2022 | NEWS/NEW49 | PM Live Production | Andre-Pierre du Plessis | Segment Producer (BLP) | NY - 731 L | Full-Time | Termination w/Pay & Benefit | No | Termination w/ Pay & Benefit |
| 14-Sep-2021 | 15-Feb-2022 | NEWS/NEW49 | PM Live Production | Andre-Pierre du Plessis | Segment Producer (BLP) | NY - 731 L | Full-Time | Active | No | Return from Paid LOA |
| 16-Jul-2021 | 16-Jul-2021 | NEWS/NEW49 | PM Live Production | Andre-Pierre du Plessis | Segment Producer (BLP) | NY - 731 L | Full-Time | Paid Leave | No | Start Paid LOA |
| 09-Nov-2020 | 15-Jul-2021 | NEWS/NEW49 | PM Live Production | Andre-Pierre du Plessis | Segment Producer (BLP) | NY - 731 L | Full-Time | Active | No | Jobcode Change |
| 02-Jun-2020 | 08-Nov-2020 | NEWS/NEW45 | Social Production Americas | Andre-Pierre du Plessis | Video Producer (BLP) | NY - 731 L | Full-Time | Active | No | Jobcode Change |
| 29-May-2019 | 01-Jun-2020 | NEWS/NEW45 | Social Production Americas | Andre-Pierre du Plessis | Producer (BLP) | NY - 731 L | Full-Time | Active | No | Reorg |
| 23-Jul-2018 | 28-May-2019 | NEWS/NEW45 | Social Production Americas | Claire Obusan | Producer (BLP) | NY - 731 L | Full-Time | Active | No | Department Change |
| 29-Jan-2018 | 22-Jul-2018 | NEWS/NEW45 | Twitter Production | Claire Obusan | Producer (BLP) | NY - 731 L | Full-Time | Active | No | Rehire |
| 28-Jan-2018 | 28-Jan-2018 | NEWS/NEW31 | Twitter Production | Claire Obusan | Contractor/CW (BLP) | NY - 731 L | Full-Time | Termination | No | Termination |
| 28-Nov-2017 | 27-Jan-2018 | NEWS/NEW31 | Twitter Production | Claire Obusan | Contractor/CW (BLP) | NY - 731 L | Full-Time | Active | No | Rehire |
| 23-Nov-2017 | 23-Nov-2017 | NEWS/NEW25 | Mentoring | Tom Contiliano | Intern (BLP) | NY - 731 L | Full-Time | Termination | No | Termination |
| 05-Sep-2017 | 22-Nov-2017 | NEWS/NEW25 | Mentoring | Tom Contiliano | Intern (BLP) | NY - 731 L | Full-Time | Active | No | Hire |

BLP_Syeed_0000545

# Employee Information Report

## Performance Evaluation Ratings

| Date | Rating | Job Title | SBU/BU | Manager |
|---|---|---|---|---|
| ■ | ■ | Segment Producer (BLP) | NEWS/NEW49 | Andre-Pierre du Plessis |
| ■ | ■ | Segment Producer (BLP) | NEWS/NEW49 | Andre-Pierre du Plessis |
| ■ | ■ | Segment Producer (BLP) | NEWS/NEW49 | Andre-Pierre du Plessis |
| ■ | ■ | Video Producer (BLP) | NEWS/NEW45 | Andre-Pierre du Plessis |
| ■ | ■ | Producer (BLP) | NEWS/NEW45 | Andre-Pierre du Plessis |
| ■ | ■ | Producer (BLP) | NEWS/NEW45 | Andre-Pierre du Plessis |
| ■ | ■ | Producer (BLP) | NEWS/NEW45 | Claire Obusan |
| ■ | ■ | Producer (BLP) | NEWS/NEW45 | Claire Obusan |

## 180 Feedback Ratings

| Date | Rating | Quartile | Bus Unit Average | Business Unit | Manager Level | Manager |
|---|---|---|---|---|---|---|
| No Data Available | | | | | | |

## Certifications

| Certification |
|---|
| No Data Available |

## Affiliations

| Affiliation |
|---|
| No Data Available |

## List of all Conversation(s)

| Conv Date | Type | Sub-Type | Finalized on | Finalized By |
|---|---|---|---|---|
| No Data Available | | | | |

## Conversation Details

| Conversation Details |
|---|
| No Data Available |

Bloomberg
CONFIDENTIAL & PROPRIETARY

BLP_Syeed_0000546

24-Feb-2022 at 11:17:13 AM
S#: 104527-42831-42831