UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NAULA NDUGGA                                    :
                                                :   ORDER
                    Plaintiff,
                                                :   20 Civ. 7464 (GHW) (GWG)
    -v.-
                                                :

BLOOMBERG L.P. et al.,                          :

                                                :
                    Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    Oral argument on the motion for class certification (limited to the issue of commonality) will take place on Monday, August 18, 2025, at 10:30 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York.

    This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the argument may begin on time.

    Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time. In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

    SO ORDERED.

Dated: August 8, 2025
       New York, New York

                                                  GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge