UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NAULA NDUGGA                                    :

                                                              :  ORDER

                Plaintiff,

                                                               :  20 Civ. 7464 (GHW) (GWG)

   -v.-

                                                               :

BLOOMBERG L.P. et al.,                          :

                                                               :

              Defendants.
---------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      The Court wishes the parties to be aware that at the oral argument scheduled for August 18, 2025, in addition to making inquiry on the issue of Rule 23(a)(2) commonality, the Court may also ask questions relating to the Rule 23(b)(3) predominance requirement.

      SO ORDERED.

Dated: August 14, 2025
       New York, New York

                                                                _____
                                                                GABRIEL W. GORENSTEIN
                                                                United States Magistrate Judge