

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

MEMORANDUM ENDORSED

September 18, 2025

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**By ECF**

The Honorable Gabriel W. Gorenstein
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re: *Ndugga v. Bloomberg L.P.*, Civil Action No. 20-cv-07464 (GHW) (GWG)

Dear Judge Gorenstein:

We represent Defendant Bloomberg L.P. ("BLP") in the above captioned action. We write regarding Your Honor's Order dated August 11, 2025 (Dkt. 402). As Your Honor is aware, the Order directed BLP to "arrange for refiling . . . of the seven memoranda of law and the supporting documents filed in connection with the motions either (1) showing only the redactions permitted by this Order or, if [BLP] files a new declaration, (2) showing only the redactions that would be permitted under the sealing sought in that declaration."

Because this will require refiling papers originally filed by Plaintiffs' counsel, we respectfully seek clarification as to whether the Court contemplated that BLP would re-file Plaintiffs' filings under counsel for BLP's ECF credentials, or whether Plaintiffs' counsel should refile those documents under their credentials with BLP's redactions applied. Regardless, BLP will implement the redactions to Plaintiffs' filings.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc: All Counsel of Record (*via ECF*)

> Unless it is technically difficult, the Court would prefer that the documents be filed by Bloomberg as exhibits to the cover letter required by Docket # 402 (or, if it is making a revised application to seal, as exhibits to that application).
>
> So Ordered.
>
> _____
> GABRIEL W. GORENSTEIN
> United States Magistrate Judge
> September 18, 2025