UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
NAULA NDUGGA,                                       :

                                                    :    ORDER
                        Plaintiff,
                                                    :    20 Civ. 7464 (GHW) (GWG)
        -v.-
                                                    :

BLOOMBERG L.P.,                                     :

                                                    :
                        Defendant.
--------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        The Court is today filing an Opinion and Order resolving the motion at Docket # 344 and a Report and Recommendation with respect to the motion at Docket # 329.

        The Court at this time accepts the redactions as set forth in Docket ## 421-23 for the reasons stated in Docket # 424.   Accordingly, the Court directs the Clerk to file these two decisions under seal.

        The reason the Court is filing the entirety of the decisions under seal is because it is unable to easily determine which if any portions of those decisions are governed by the Court's acceptance of the redactions reflected in Docket ## 421-23.

        The Court will separately transmit copies of these sealed decisions to the attorneys. Because only Bloomberg L.P. has sought sealing, the Court directs Bloomberg to review today's filings to determine (1) if there are any portions that directly reveal material that has been filed under seal and (2) even if so, whether Bloomberg is willing, for the sake of maximizing the public availability of the decisions, to not require redaction of such material within the decisions.

        In accordance with the above instructions, Bloomberg shall file a letter as soon as possible (and no later than 2 business days from the date of this Order) that annexes the complete decisions showing Bloomberg's proposed redactions.[1]  At the same time, Bloomberg shall file under seal a letter that attaches versions of these documents that highlight the proposed redactions (if any).

        If plaintiff believes any proposed redactions in these filings are not required by the

_____

[1] If Bloomberg does not seek any redactions to a decision, there is no need to attach a copy of that decision.

Court's directions as to sealing, she shall file a letter within 5 business days thereafter explaining her position.

       SO ORDERED.

Dated:  March 19, 2026
        New York, New York

                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge