COHENMILSTEIN

Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
cohenmilstein.com

Rebecca Ojserkis
**O:** 202.408.4600
**D:** 202.408.4684
rojserkis@cohenmilstein.com

March 20, 2026

Honorable Gregory H. Woods
U.S. District Court for the Southern District of New York
500 Pearl St., Room 2260
New York, NY 10007

Re:    *Ndugga v. Bloomberg L.P.*, No. 20 Civ. 7464 (GHW)(GWG)

Dear Judge Woods:

Pursuant to Section 1(E) of Your Honor's Individual Rules of Practice in Civil Cases, Plaintiff and Defendant write to request an extension until April 30, 2026 to file objections to the Report and Recommendation issued on Plaintiff Naula Ndugga's Motion for Class Certification in this matter and appeals from the Decision and Order denying Defendant Bloomberg L.P.'s ("BLP") Daubert Motion. Dkts. 329 and 344.

On March 19, 2026, Magistrate Judge Gabriel W. Gorenstein issued a Report and Recommendation denying Plaintiff's Motion for Class Certification and a Decision and Order denying BLP's *Daubert* Motion. *See* Dkts. 427 and 428. Under 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the deadline to file any objections or appeals is April 2, 2026. The parties request an extension for the first time to April 30, 2026, with a corresponding extension to May 28, 2026 for responses, in light of preexisting commitments in other cases and travel plans.

The parties do not believe that this requested extension affects any other scheduled dates, including, but not limited to the deadline to file pre-motion letters for summary judgment, as they understand that those flow from *this* Court's ruling on the Motion for Class Certification and not the Report and Recommendation itself. *See* Dkt. 308. If this understanding is incorrect, the parties seek clarification.

We thank the Court for its consideration of this request.

COHENMILSTEIN

March 20, 2026
Page 2

Sincerely,

Rebecca Ojserkis

COHENMILSTEIN