UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NAULA NDUGGA,                                       :

                                                    :        ORDER
                            Plaintiff,
                                                    :        20 Civ. 7464 (GHW) (GWG)
        -v.-
                                                    :

BLOOMBERG L.P.,                                     :

                                                    :
                            Defendant.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        The Court has considered defendant's motion to seal its response to plaintiff's objections
to the undersigned's Report and Recommendation.  See Docket # 453.  Defendant's response
has been filed in redacted form at Docket # 452 and in unredacted form at Docket # 454.
Defendant seeks to redact information from pages 7, 8, and 23 of its response.

        We have previously laid out the standards for sealing materials and thus do not repeat
them here.  See Docket ## 402, 438.  Nonetheless, we emphasize that sealing is inappropriate
where the information sought to be redacted has already been made public elsewhere on the
docket.  See Grossberg v. Fox Corp., 2023 WL 2612262, at *1 (S.D.N.Y. Mar. 23, 2023)
("[C]ourts routinely deny sealing requests where . . . the information to be sealed is already
publicly available."); see also Subramanian v. Lupin Inc., 2020 WL 5801445, at *2 (S.D.N.Y.
Sept. 29, 2020) (denying request to redact information "already available on the public docket");
Mehta v. DLA Piper LLP, 2026 WL 734031, at *6 (S.D.N.Y. Mar. 16, 2026) (same).

        The quotation in the first redaction on page 7 of defendant's response appears in
unredacted form on page 6 of plaintiff's objections.  Compare Docket # 454 at 7 with Docket
# 447 at 6.  Thus, this redaction is improper.  The information in the remaining redactions on
page 7 can be found in unredacted form on pages 35 and 37 of the Report and Recommendation,
except for the specific percentage contained in the second redaction.  Compare Docket # 454 at
7 with Docket # 434 at 35, 37.  Defendant may redact the specific percentage but nothing else.

        The information in the first redaction of page 8 of defendant's response appears in
unredacted form on page 16 of the Opinion and Order at Docket # 433, among other places.
Compare Docket # 454 at 8 with Docket # 439 at 16.  However, consistent with our previous
Orders on sealing, defendant may maintain the second redaction on page 8 (i.e., it may redact the
information contained in footnote 5 on page 8).

Lastly, the information in the redactions on page 23 can be found in unredacted form in the operative complaint.   <u>Compare</u> Docket # 454 at 23 <u>with</u> Docket # 296 ¶¶ 106, 153. Accordingly, these redactions are not warranted.

In sum, the motion to seal (Docket # 453) is granted in part and denied in part. Defendant is directed to generate a new version of its response that confirms with this Order. On or before June 16, 2026, it shall refile this new version of its response on the public docket as an attachment to a letter to Judge Woods.

SO ORDERED.

Dated: June 9, 2026
New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

2